**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR ARCENAGA CHAVEZ,<br><br>        Petitioner,<br><br>  v.<br><br>TERESA GONZALEZ, WARDEN,<br><br>        Respondent. | NO. CV 10-8879-DSF (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   5/2/11 .

                                                                  DALE S. FISCHER<br>                                         UNITED STATES DISTRICT JUDGE